# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THE STEP2 COMPANY, LLC,** | ) CASE NO. 5:08-cv-2580 |
| Plaintiff, | ) JUDGE SARA LIOI |
| v. | ) |
| **PARALLAX GROUP INTERNATIONAL, LLC,** *et al.* | ) |
| Defendants. | ) |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Now come the parties, by and through their undersigned counsel of record, and state as follows:

The parties have entered into and executed a Confidential License Agreement on the 6th day of January 2011 (the **"License Agreement"**), which License Agreement settles and terminates all disputes between the parties in connection with this litigation.  All of the terms and conditions of the License Agreement are incorporated herein by reference in full.

The parties therefore, pursuant to such License Agreement and pursuant to Rule 41(a)(1)(A), hereby dismiss all claims, counterclaims and affirmative defenses each may have asserted against another party in this litigation, with prejudice, and each party shall bear all of its own costs, expenses and attorney fees incurred in connection with this litigation, in connection with the negotiation and settlement hereof and in connection with the negotiation and finalization of the License Agreement.

Respectfully submitted,

Dated: January 6, 2011 By: */s/ John S. Cipolla*
John S. Cipolla (0043614)
jcipolla@calfee.com
Jennifer B. Wick (0074340)
jwick@calfee.com
Chet J. Bonner (0075014)
cbonner@calfee.com
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio 44114
Phone: (216) 622-8200
Fax: (216) 241-0816

*Attorneys for Plaintiff*

By: */s/ Mei Tsang* (with consent)
Robert D. Fish (CA Bar No. 149711)
rfish@fishIPlaw.com
Mei Tsang (CA Bar No. 237959)
Josh Emory (CA Bar No. 247398)
FISH & ASSOCIATES, PC
2603 Main Street, Suite 1000
Irvine, CA 92614
(949) 943-8300 (phone)
(949) 943-8358 (facsimile)

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Date: January 7, 2011
HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE